**PEGASUS EMERGENCY GROUP, PA**

Elaine Banduraki, M.D., FACEP
David Christiansen, M.D., FACEP
Kathleen Hickey, M.D., FACEP
Elliot Justin, M.D., FACEP, Founder & Chairman 1996-2005
Edward D. Spector, M.D., FACEP, Chairman

Norma Jean Johnson, M.D., FACEP
Nimish Mehta, M.D., FACEP
Young Yoon, M.D., FACEP
Mary Ann Balut, N.P.
Thomas Dotro, P.A.
Kirsten Veneziale, N.P.

September 26, 2007

Elliot Justin, M.D.
618 Autumn Ridge Road
Bozeman, MT 59715

Dear Elliot

I would like to take this opportunity to review your buy out payments. Please review the following:

| | |
|---|---|
| Accounts Receivable 8/31/05 | $877,570.44 |
| To date we have paid | $490,883.30 |
| Balance due | $386,687.14 |

I am attaching a copy of the Accounts Receivable statement and our payment report for your records. As noted in the Letter of Intent, the final payment is to me made by October 2009. Therefore, beginning October 1, 2007 we will make monthly payments of $16,112.00 and reassess in another year.

If you have any questions, please let me know.

Sincerely,

Edward Spector, M.D.

cc: David Christiansen, M.D.
Kathleen Hickey, M.D.
Nimish Mehta, M.D.