

**Pegasus** Emergency Group

Edward Spector, MD, FACEP
*Medical Director*

2100 Wescott Drive, Flemington, NJ 08822
(Phone) 908-788-6183
espector@pegasusemergencygroup.com
www.pegasusemergencygroup.com



**Pegasus** Emergency Group

Michael Sama, MD, FACEP
*Medical Director*

Putnam Hospital Center
670 Stoneleigh Avenue, Carmel, NY 10512
(Phone) 845-279-5711
msama@pegasusemergencygroup.com
www.pegasusemergencygroup.com



**Pegasus** Emergency Group

Edward Spector, MD, FACEP
*Medical Director*

2100 Wescott Drive, Flemington, NJ 08822
(Phone) 908-788-6183
espector@pegasusemergencygroup.com
www.pegasusemergencygroup.com



**Pegasus** Emergency Group

Michael Sama, MD, FACEP
*Medical Director*

Putnam Hospital Center
670 Stoneleigh Avenue, Carmel, NY 10512
(Phone) 845-279-5711
msama@pegasusemergencygroup.com
www.pegasusemergencygroup.com