## **TRADEMARK *NUNC PRO TUNC* ASSIGNMENT**

THIS ASSIGNMENT (the "Assignment") is made and entered into to be effective as of September 29, 2008 ("Effective Date"), by and between Elliot Justin, M.D., residing at 618 Autumn Ridge Road, Bozeman, Montana, 59715 ("Assignor"), and Pegasus Emergency Management Services, LLC., a Delaware Limited Liability Company ("Assignee") located at 1007 East Main Street, Suite 300, Bozeman, Montana 59715, U.S.A.

WHEREAS, Assignor is the owner of all right, title and interest in and to the marks PEGASUS EMERGENCY GROUP, PEGASUS, and PEGASUS & Design together with the goodwill of the business in connection with which the Marks are used;

WHEREAS, Assignee is desirous of obtaining all right, title and interest in and to the Marks together with the goodwill of the business in connection with which the Marks are used; and

WHEREAS, Assignor is desirous of transferring all its right, title and interest in and to the Marks together with the goodwill of the business in connection with which the Marks are used.

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Assignor hereby transfers and assigns to Assignee its entire right, title and interest in and to the Marks together with the goodwill of the business in connection with which the Marks are used, including all registrations and applications therefor, as well as all renewals and extensions of registrations that are or may be secured by Assignee, its successors, assigns or other legal representatives, for Assignee's own use and enjoyment, and for the use and enjoyment of Assignee's successors, assigns or other legal representatives, as fully and entirely as the same would have been held and enjoyed by the Assignor if this Assignment had not been made, including, without limitation, all claims for damages by reason of past, present and future infringement or other unauthorized use of the Marks, with the right to sue for damages, and collect the same for Assignee's own use and enjoyment and for the use and enjoyment of its successors, assigns or other legal representatives.

Assignor hereby covenants and agrees that it will execute any and all instruments and documents reasonably necessary to aid the Assignee, its successors, legal representatives, and assigns, in the implementation and recordation of this Assignment.

IN TESTIMONY WHEREOF, the undersigned, duly authorized, have caused this Assignment to be executed on the 3rd day of APRIL, 2013, nunc pro tunc as of September 29, 2008, to be effective from the latter date.

**ASSIGNOR**

Elliot Justin, M.D.

By _[signature]_
Signature

ELLIOT JUSTIN, M.D.
Printed Name and Title

STATE OF MONTANA )
) ss.
COUNTY OF GALLATIN )

On this 3rd day of APRIL, 2013, before me, the undersigned, a Notary Public within and for the County and State aforesaid, personally appeared Elliot Justin to me known to be the person described in and who executed the foregoing instrument, and acknowledged that he executed the same as his free act and deed.

In Witness Whereof, I have hereunto attached my hand and notarial seal, at the County and State aforesaid on the day and year last above written.

_[signature]_
Notary Public

My Commission Expires:

1/16/2016

MARTIN TRPIS
NOTARY PUBLIC for the
State of Montana
Residing at Bozeman, Montana
My Commission Expires
January 16, 2016