

Home · Hospital Administrators · Physicians · Patients · PEGASUS EMERGENCY DEPARTMENTS

Overview

Our Emergency Departments

FAQ

## Meadowlands Hospital Emergency Department

Secaucus, NJ

In December 2010 Pegasus Emergency Group took over management of the Emergency Department at Meadowlands Hospital Medical Center, a community hospital located along the Hackensack River overlooking the famous local Meadowlands. The hospital recently changed ownership and the new administration is determined to make MHMC the best in the area. In keeping with this goal, they decided to bring in Pegasus Emergency Group.

Since then, Pegasus has brought in a diverse team of all board-certified emergency physicians with many years of experience. In fact, at least half of our team has served as Director or Assistant Director at other sites during their careers. Since the transition patient satisfaction scores have improved and Emergency Department volume is up about 10%. The Pegasus team has been working with nursing to improve the throughput time and quality of care. We are also working with information services to fine tune a new EMR. MHMC plans to build a new state-of-the-art Emergency Department that will double the current number of beds to better serve the 18,000 patients that seek care here each year. Construction is scheduled to begin shortly and the new Emergency Department is scheduled to open by the end of the year.

Pegasus emergency medicine physicians are residency-trained professionals who are experienced in managing various conditions such as heart attacks, strokes and trauma. They are passionate about emergency medicine as well as efficient turnaround times, whether patients leave the same day or are admitted to the hospital. They possess superior diagnostic skills, are empathetic, and are dedicated to mitigating patients' pain and anxiety. They understand that a visit to the Emergency Department can be very stressful. That's why our physicians are committed to making patient visits as comfortable as possible.

MHMC is a fully accredited by Joint Commission on Accreditation of Healthcare Organizations, the American College of Surgeons for Cancer Care, the American Diabetes Association, the College of American Pathologists, the American Association of Blood Banks, the American College of Radiology and the Medical Society of New Jersey. Memberships include the American Hospital Association, the New Jersey Hospital Association, and the Hudson Perinatal Consortium. MHMC is certified by the ACR with the highest ratings in Ultrasound, CT, MRI and Mammography, making it one of only a few select hospitals with all four national certifications.

○ **Message from CEO**
Learn about the mission of Pegasus Emergency Group from CEO, Elliot Justin, MD FACEP
Read More

○ **Related Case Studies:**
From Red to Black
Pegasus Emergency Group transforms unhealthy ERs into multi-million-dollar success stories.
Request Studies

○ **Other Emergency Departments:**
Auburn Community Hospital Emergency Department
Auburn, New York
Seton Health/St. Mary's Hospital Emergency Department
Troy, New York
Hunterdon Medical Center Emergency Department
Flemington, New Jersey
Finger Lakes Medical Care Center
Auburn, NY

Clinical Opportunities